IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHINDIG, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br><br>BENDING SPOONS S.P.A.,<br>                    Defendant. | Case No.  1:25-cv-00259<br><br>Jury Trial Demanded |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Shindig, Inc. ("Shindig") files this Complaint against Bending Spoons

S.p.A., ("Bending Spoons") for patent infringement of United States Patent Nos.

8,405,702; 8,902,272; 9,041,768; 9,215,412; 9,661,270; 9,711,181; 9,952,751; and 11,003,335

(the "patents-in-suit") and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of

the United States, 35 U.S.C. §§ 1 et seq.

## THE PARTIES

2.      Shindig is a corporation organized under the laws of the State of Delaware

with its principal place of business at 433 Broadway Suite 505, New York, NY 10013.

3.      On information and belief, Bending Spoons has a place of business at Via

Nino Bonnet 10, 20154, Milano, Italy.

4.      On information and belief, Bending Spoons has a workforce and offices

distributed throughout the United States.

## JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

6.     This Court has personal jurisdiction over Bending Spoons for the following reasons: (1) Bending Spoons is present in within or has minimum contacts within the State of Texas and the Western District of Texas; (2) Bending Spoons has purposefully availed itself of the privileges of conducting business in the State of Texas and in this district; (3) Bending Spoons has sought privileges, protections and benefit from the laws of the State of Texas; (4) Bending Spoons regularly conducts business within the State of Texas and within this district, and Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Texas and in this district, including deriving substantial revenue from the infringing goods and services in the State of Texas and this district.

7.     On information and belief, Bending Spoons provides its infringing products and services to Texas based customers, including providing virtual meeting and web conferencing services in the State of Texas and in this Judicial District.

8.     On information and belief, Bending Spoons directly infringes the patents-in-suit in the state of Texas, including but not limited to within this Judicial

District, including but not limited to its StreamYard[1], as well as the distribution and publishing of user guides and support materials[2].

9.     On information and belief, Bending Spoons is used and provides infringing products and services globally in thousands of enterprises, media companies, service providers, and educational institutions and engages hundreds of millions of viewers at home, at work, and at school including specifically, for example, with respect to Fortune 500 companies, marketing firms, and investment companies[3].

10.     On information and belief, Bending Spoons, directly or indirectly, designs, develops, manufactures, makes, sells, offers for sale, imports, distributes, advertises, and/or otherwise promotes the accused infringing methods, products, and services in the United States, the State of Texas, and this Judicial District.

11.     On information and belief, Bending Spoons has made, used, offered to sell and/or sold products and services: (1) StreamYard On-Air/Webinar[4], current or legacy Bending Spoons products or services, which use, or have used, one or more of the foregoing products and services as a component product or component service; (2) combinations of products and/or services comprising two or more of the foregoing products and services; (3) and all other current or legacy products and services imported, made, used, sold, or offered for sale by Bending Spoons

---

[1] *See e.g.*, https://bendingspoons.com/products.
[2] *See e.g.*, https://support.bendingspoons.com/.
[3] *See e.g.*, https://bendingspoons.com/.
[4] *See e.g.*, https://streamyard.com/streamyard-on-air.

products and services imported, made, used, sold, or offered for sale by Bending Spoons that operate, or have operated in a substantially similar manner as the above-listed products and services, (collectively and individually referred to herein as the "Bending Spoons System"), all of which infringe at least one claim of each of the patents-in-suit both literally and/or under the doctrine of equivalents.

12.     On information and belief, Bending Spoons (or those acting on its behalf) makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Bending Spoons System in the United States that infringe (literally and/or under the doctrine of equivalents) one or more claims of each of the patents-in-suit.

13.     On information and belief, Bending Spoons, as well as the hardware and software components comprising the Bending Spoons System to operate, including but not limited to servers, server software, client software, and other computer systems and components infringes (literally and/or under the doctrine of equivalents) at least one claim of each of the patents-in-suit.

14.     On information and belief, Bending Spoons is subject to the Court's jurisdiction because it regularly markets, conducts, and solicits business, or otherwise engages in other persistent courses of conduct in the State of Texas, and/or derives substantial revenue from the sale and distribution of goods and services provided to individuals and businesses in the State of Texas including with respect to the Bending Spoons System.

15.     On information and belief, the accused Bending Spoons System, that

Bending Spoons uses, makes, markets, distributes, offers to sell, and sells to consumers throughout the United States, including in the State of Texas, infringe (either directly and/or indirectly) one or more of the claims of the patents-in-suit.

16.     On information and belief, Bending Spoons derives substantial revenue within the state from the offer of infringing products and services, including but not limited to the Bending Spoons System.

17.     On information and belief, Bending Spoons users who reside in the State of Texas regularly use the accused Bending Spoons System while they are present in the State of Texas.

18.     Venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b) because at least because Bending Spoons is a foreign entity that may be sued in any judicial district.

19.     Venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b) and the Federal Circuit's decision in *In re Monolithic Power Sys.*, 50 F.4th 157 (Fed. Cir. 2022), at least because Defendant has multiple employees based out of this district as listed on LinkedIn and, upon and information and belief, uses these employees' homes to transact its business including performing secretarial services, and storing literature, documents, and products, has transacted business in this district, and has directly and/or indirectly committed acts of patent infringement in this district.



## United States Patent No. 8,405,702

20.    On March 26, 2013, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 8,405,702 ("the '702 patent") entitled "Multiparty Communications Systems And Methods That Utilize Multiple Modes Of Communication" to inventor Steven M. Gottlieb. A true and correct copy of the '702 patent is attached as Exhibit 1.

21.    The '702 patent is presumed valid under 35 U.S.C. § 282.

22.    Shindig owns all rights, title, and interest in the '702 patent.

23.    Shindig has not granted Bending Spoons an approval, an authorization, or a license to the rights under the '702 patent.

24.    The '702 patent relates to, among other things, methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

25.    The claimed invention(s) of the '702 patent sought to solve problems

with, and improve upon, existing methods, systems, and devices for managing

communications between groups of people. For example, the '702 patent states:

> Traditional communications networks are rigid and inflexible. For
> example, traditional communications networks may only allow devices to
> form single-use connections with other devices, and those single-use
> connections must be established from scratch before any communications
> can begin. By establishing a separate single-use connection for each new
> communication, traditional systems provide a choppy user experience that
> includes initiation delays. Moreover, traditional communication networks
> do not allow users to seamlessly move in and out of communications with
> pre-existing groups of users. This can prevent users from interacting in a
> fluid manner.

*See* '702 Specification at col. 1, ll. 24-34.

The '702 patent then states:

> Traditional communications networks also provide inadequate
> functionality for calls amongst multiple users. For example, traditional
> communications network may only allow devices to form new
> communications as one of two types: a direct communication with a single
> other user or a "conference' or "party' communication amongst multiple
> users. In the "conference' or "party' communication, all users are given an
> equal opportunity to provide input (e.g., all users can speak at once) and all
> input is treated as having an equal priority so that all input is provided to
> the receiving user in the same manner. Moreover, the "shared' line of a
> "conference' or "party' communication provides the identical experience
> (*i.e.,* audio output) to all users. For example, traditional communications
> networks are inadequate at managing multiple, simultaneous
> communications. Most traditional networks will simply display the
> communications in parallel with minimal distinction. Moreover, the
> traditional networks are largely devoid of mechanisms for combining
> communications of different media (e.g., audio, text, and video).

*See* '702 Specification at col. 1, ll. 35-52.

The '702 patent then also states:

> Accordingly, those skilled in the art have long recognized the need for a
> system and method that addresses these and other issues. Accordingly, in
> traditional communications networks, both types of traditional

communication—direct communications between two users and "conference' or "party' communications amongst multiple users—provide a unitary option where an individual user either opts into or out of a particular communication but creating any additional communication requires opening up a wholly new communications channel which has no interaction with the pre-existing communication and does not share architecture, efficiencies or features with the pre-existing communication.

*See* '702 Specification at col. 1, ll. 53-62.

26.    The invention(s) claimed in the '702 patent solves various technological problems inherent in the then-existing methods, systems, and devices for managing communications between groups of people to, among other things, (1) function more efficiently, (2) allow multiple users to join and exit communication links seamlessly and without burdening the communication platform, (3) allow users to simultaneously and fluidly communication at a subgroup level, a group level, or an inter-group level, (4) allow user to seamlessly switch between communications that use different media in a comprehensible and fluid manner, and (5) enable communication at a quality suitable for the context of the communication, and optimize networks to allow users to experience less delay when using the system.

27.    To support these objectives, the '702 patent discloses at least three modes of communication – instant ready-on mode, intermediate mode, and active mode.

28.    The use of these three modes in a communication network constitutes an improvement to the functioning of that network by, at a minimum, optimizing the usage of bandwidth and allowing for a better communication experience.

8

**United States Patent No. 8,902,272**

29.    On December 02, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 8,902,272 ("the '272 patent") entitled "Multiparty Communications Systems And Methods That Employ Composite Communications" to inventor Steven M. Gottlieb. A true and correct copy of the '272 patent is attached as Exhibit 2.

30.    The '272 patent is presumed valid under 35 U.S.C. § 282.

31.    Shindig owns all rights, title, and interest in the '272 patent.

32.    Shindig has not granted Bending Spoons an approval, an authorization, or a license to the rights under the '272 patent.

33.    The '272 patent relates to, among other things, methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

34.    The specification of the '272 patent is the same as the '702 patent specification, and solves the problems recited above and described in the '702 patent specification.

**United States Patent No. 9,041,768**

35.    On May 26, 2015, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 9,041,768 ("the '768 patent") entitled "Multiparty Communications Systems And Methods That Utilize Multiple Modes Of Communication" to inventor Steven M. Gottlieb. A true and correct copy of the '768 patent is attached as Exhibit 3.

36.    The '768 patent is presumed valid under 35 U.S.C. § 282.

9

37.    Shindig owns all rights, title, and interest in the '768 patent.

38.    Shindig has not granted Bending Spoons an approval, an authorization, or a license to the rights under the '768 patent.

39.    The '768 patent relates to, among other things, methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

40.    The specification of the '768 patent is the same as the '702 patent specification, and solves the problems recited above and described in the '702 patent specification.

**United States Patent No. 9,215,412**

41.    On December 15, 2015, the USPTO duly and legally issued United States Patent No. 9,215,412 ("the '412 patent") entitled "Multiparty communications systems and methods that optimize communications based on mode and available bandwidth" to inventor Steven M. Gottlieb. A true and correct copy of the '412 patent is attached as Exhibit 4.

42.     The '412 patent is presumed valid under 35 U.S.C. § 282.

43.    Shindig owns all rights, title, and interest in the '412 patent.

44.    Shindig has not granted Bending Spoons an approval, an authorization or a license to the rights under the '412 patent.

45.    The '412 patent relates to, methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people based on the

available bandwidth.

46.     The specification of the '412 patent is the same as the '702 patent specification, and solves the problems recited above and described in the '702 patent specification.

**United States Patent No. 9,661,270**

47.     On May 23, 2017, the USPTO duly and legally issued United States Patent No. 9,661,270 ("the '270 patent") entitled "multiparty communications systems and methods that optimize communications based on mode and available bandwidth" to inventor Steven M. Gottlieb. A true and correct copy of the '270 patent is attached as Exhibit 5.

48.     The '270 patent is presumed valid under 35 U.S.C. § 282.

49.     Shindig owns all rights, title, and interest in the '270 patent.

50.     Shindig has not granted Bending Spoons an approval, an authorization or a license to the rights under the '270 patent.

51.     The '270 patent relates to methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people based on the available bandwidth.

52.     The specification of the '270 patent is the same as the '702 patent specification, and solves the problems recited above and described in the '702 patent specification.

## United States Patent No. 9,711,181

53.     On July 18, 2017, the USPTO duly and legally issued United States

Patent No. 9,711,181 ("the '181 patent") entitled "Systems and methods for creating,

editing and publishing recorded videos" to inventor Steven M. Gottlieb. A true and

correct copy of the '181 patent is attached as Exhibit 6.

54.     The '181 patent is presumed valid under 35 U.S.C. § 282.

55.     Shindig owns all rights, title, and interest in the '181 patent.

56.     Shindig has not granted Bending Spoons an approval, an

authorization or a license to the rights under the '181 patent.

57.     The '181 patent relates to methods, systems, and devices for creating,

editing and publishing recorded videos.

58.     The claimed invention(s) of the '181 patent sought to solve problems

with, and improve upon, existing methods, systems, and devices for managing

communications between groups of people. For example, the '181 patent states:

> Some traditional video editors allow users to edit videos, but such systems
> often provide inadequate options for users to accurately and quickly edit
> portions of video. This process is typically cumbersome. For example, if a
> user taping a politician's speech only wanted to view portions of the
> speech related to the economy, a user would have to go through the entire
> speech, stop the recording at various points, figure out the economy is
> being discussed, and then record those portions, in order to edit out any
> irrelevant or unwanted portions. Once the user was left with only portions
> of the speech about the economy, the user would then have to combine the
> economy video portions to make a recording of the politician's speech that
> only included the portions related to the economy.

*See* '181 Specification at col. 1, ll. 21-34.

The '181 patent then states:

> This arduous process typically takes an exorbitant amount of time and leaves

a user with an unpresentable video having choppy transitions between each
video portion. On top of being left with an unpresentable video, the user
would have to spend the time watching the entire video. Continuing the
above example, once the user combines the economy video portions, each
portion would end and start abruptly with no discernable transition or
prompt. Furthermore, a user would still have to search through the entire
new video to find a specific portion. This can make the entire process
overwhelming and exhaustive.
*See* '181 Specification at col. 1, ll. 35-45.

59.    The invention(s) claimed in the '181 patent solves various

technological problems inherent in the then-existing methods, systems, and devices

for customizing a recorded online event to, among other things, (1) function more

efficiently, (2) lower the required level of expertise for users of such systems, (3)

avoid the need to install and burden front end computer and electronic devices

with additional software, (4) reduce or eliminate entirely the need for local memory

storage devices and other specialized recording equipment, and (5) reduce or

eliminate other hardware and software requirements inherent in prior art audio

and video recording and distribution systems.

### United States Patent No. 9,952,751

60.    On April 24, 2018, the USPTO duly and legally issued United States

Patent No. 9,952,751 ("the '751 patent") entitled "Systems And Methods For

Forming Group Communications Within An Online Event" to inventor Steven M.

Gottlieb. A true and correct copy of the '751 patent is attached as Exhibit 7.

61.    The '751 patent is presumed valid under 35 U.S.C. § 282.

62.    Shindig owns all rights, title, and interest in the '751 patent.

63.    Shindig has not granted Bending Spoons an approval, an

authorization or a license to the rights under the '751 patent.

64.    The '751 patent relates to methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

65.    The specification of the '751 patent is the same as the '702 patent specification, and solves the problems recited above and described in the '702 patent specification.

## United States Patent No. 11,003,335

66.    On May 11, 2018, the USPTO duly and legally issued United States Patent No. 11,003,335 ("the '335 patent") entitled "Systems And Methods For Forming Group Communications Within An Online Event" to inventor Steven M. Gottlieb. A true and correct copy of the '335 patent is attached as Exhibit 8.

67.    The '335 patent is presumed valid under 35 U.S.C. § 282.

68.    Shindig owns all rights, title, and interest in the '335 patent.

69.    Shindig has not granted Bending Spoons an approval, an authorization or a license to the rights under the '335 patent.

70.    The '335 patent relates to methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

71.    The specification of the '335 patent is the same as the '702 patent specification, and solves the problems recited above and described in the '702 patent specification.

## CLAIMS FOR RELIEF

### Count I – Infringement of United States Patent No. 8,405,702

72.     Shindig repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

73.     On information and belief, Bending Spoons (or those acting on its behalf) makes, uses, sells and/or offers to sell the Bending Spoons System in the United States. The Bending Spoons System infringes (literally and/or under the doctrine of equivalents) at least claim 32 of the '702 patent.

74.     On information and belief, the Bending Spoons System employs and provides methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

75.     The Bending Spoons System employs and provides a method facilitating dynamic communications (*e.g.*, Bending Spoons' StreamYard On-Air/Webinar) amongst multiple users:



*See e.g.*, https://bendingspoons.com/.



*See e.g.,* https://bendingspoons.com/products.



*See e.g.,* https://support.bendingspoons.com/.

# Ways to use StreamYard



**Live Stream**

Create branded live streams to connect with your audience. Interview guests and multistream to all platforms at once.



**Host Webinars & All-Hands**

Host a webinar, live stream, or all-hands on StreamYard, or embed it on your website.



**Record Videos & Podcasts**

Record audio and video in studio quality from any device. Perfect for interviewing guests.

*See e.g.,* https://streamyard.com/business.



*See e.g.,* https://streamyard.com/business.



*See e.g.,* https://streamyard.com/business.

 

# Webinars made easy with StreamYard On-Air

StreamYard On-Air is a live webinar platform. Host a webinar, live stream, or event on StreamYard, or embed it on your website. Optionally collect email addresses through a registration form. No downloads required.

*See e.g.,* https://streamyard.com/streamyard-on-air.

**Is there a viewer limit?**

Yes, each plan has a specific viewer limit. It is 250 on the Pro Plan, 1000 on the Premium Plan, and 10,000 viewers on the Growth Plan.

Our Business plan starts at 10,000 viewers and can be upgraded to a maximum of 100,000 viewers. Please see our pricing page for more details!

**Does my webinar viewer limit also affect the number of registrations I can have?**

No, it does not! The On-Air viewer limits only affect the total amount of concurrent viewers you can have watching a webinar, and not the number of total registrations you can have for that webinar.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/10920795244308-

StreamYard-On-Air.

As shown in the above images, Bending Spoons provides dynamic communication

(*e.g.,* Bending Spoons' StreamYard On-Air/Webinar) among multiple users.

76.    The Bending Spoons System employs and provides a method of

maintaining a user in an instant ready-on mode of communication with a plurality

of other users:



*See e.g.,* https://streamyard.com/business.

**How can I engage with my attendees?**
Viewers watching the webinar on StreamYard can engage with the chat. The live chat opens 10 minutes before the start time and closes 10 minutes after the broadcast on both the watch and embed page.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/10920795244308-

StreamYard-On-Air.

## On-Air webinars

Guests will automatically be able to join the live chat and post comments if you have **Live chat** enabled on your On-Air webinar. To enable Live chat, head to your **On-Air settings** page to check the box to enable **Live chat**.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/16889386679572-Can-Guests-Post-Comments-in-the-Chat.

On the right side of the studio, in the *People* tab, you can see a list of other participants and their status (in the Greenroom or studio).



You can send private chat messages to participants by clicking on their name in the People tab on the right, and typing in the chat box below. Messages can also be sent to the whole studio, or to participants in the Greenroom.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-the-Greenroom.

**Can Greenroom guests talk privately with other guests?**

Only hosts and co-hosts can make private 1:1 calls with Greenroom guests. Greenroom guests can still privately chat with other guests using the private text chat on the right side of the studio.

**What happens when a guest is moved into the studio?**

The guest will see a message 'You are being moved backstage. Get ready!' and in a few seconds, be moved to the backstage of the studio.

**What happens when a guest is moved into the studio and on a private call?**

The private call will end, and the guest will be moved to the studio.

**What happens if I try to call a participant that is already on a private call?**

A red icon is displayed next to anyone that is on a private call, and the call button is disabled.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-the-Greenroom.

As shown in the above image, the viewers/guests/attendees/participants interact with each other via live chats during a live webinar. Further, it is shown that a red icon displays for any participant who is on a private call, or the status (*e.g.,* Greenroom, or Studio) of participant in real-time. This indicates that Bending Spoons maintains the user (*e.g.,* host/co-host) in an instant ready-on mode of communication with a plurality of other users during a live webinar.

77.    The Bending Spoons System employs and provides a method of receiving a first user input:

22



You can now invite your webinar viewers to join the studio with you! Whether it's encouraging discussion or entering an engaging Q&A section, bring your attendees on stage to interact with them like never before.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.

## How To Invite to the Studio

1. You can invite attendees by clicking on their comments. First find the attendee you would like to invite to join the studio.



2. Hover your mouse over their comment and click the three dots, then click **Invite to studio**.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.

As shown in the above images, the host/co-host invites an attendee/a guest (*e.g.,*

'John Smith') to onstage during the live webinar. Therefore, when the host/co-host clicks 'invite to studio' for the attendee 'John Smith', Bending Spoons receives a first user input.

When someone joins your StreamYard studio using the invite link as a guest, they first enter the "backstage" area. Here, they can see and hear everything happening on-stage, but will not be visible or audible on stream or to any other studio participants.



Once you mouse over a guest's backstage thumbnail, and click **Add to stage**, they will then appear "on-screen" and be visible/audible to all studio participants and viewers of your stream.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

Additionally, as shown above, the host/co-host can also bring backstage guests to stage by clicking 'Add to Stage'. Therefore, when the host/co-host clicks 'Add to Stage' for the backstage guest 'Guest 3', Bending Spoons receives it as a first user input.

      78.    The Bending Spoons System employs and provides a method of

upgrading to an active mode of communication between the user and a first other

user of the plurality of other users based on the first user input:

## How To Invite to the Studio

1. You can invite attendees by clicking on their comments. First find the attendee you would like to invite to join the studio.



2. Hover your mouse over their comment and click the three dots, then click **Invite to studio**.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-Invite-On-

Air-Attendees-to-Studio.

3. Once you click **Invite to studio**, the attendee will receive an invite notification on their screen. They can click **Join the stream** to enter the studio.



4. After clicking **Join the stream** they will need to grant access to their camera and microphone before clicking **Enter studio**.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-Invite-On-Air-Attendees-to-Studio.

As shown in the above images, Bending Spoons upgrades the communication mode to an active mode between the webinar host/co-host 'Dr. Debb' (*i.e.,* the users) and the first user 'John Smith' from the attendee list (*i.e.,* the first other user) when the webinar host/co-host invites the attendees to onstage (*i.e.,* based on the first user input).



The amount of people you can have "backstage" and "on-screen" varies per plan. If you have extra people backstage that cannot fit on-screen, you are able to swap these people in and out of your show by removing someone from the stage, and adding the backstage participant in their place. The total amount of participants you can have in the studio (including the host) is the same as the max backstage participants.

*See   e.g.,*   https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

Additionally, as shown above, Bending Spoons upgrades the communication mode to an active mode between the webinar host/co-host (*i.e.*, the users) and the backstage guest 'Guest 3' (i.e., the first user).

　　79.　　The Bending Spoons System employs and provides a method of receiving a second user input:



You can now invite your webinar viewers to join the studio with you! Whether it's encouraging discussion or entering an engaging Q&A section, bring your attendees on stage to interact with them like never before.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.

**Is there a limit on how many invites can be sent out?**

There is no limit on how many invites you can send out through on air comments! However, the number of participants you can have in the studio at one time is limited by your plan. So ensure you have enough open slots in the studio!

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.

## How To Invite to the Studio

1. You can invite attendees by clicking on their comments. First find the attendee you would like to invite to join the studio.



2. Hover your mouse over their comment and click the three dots, then click **Invite to studio**.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-Invite-On-Air-Attendees-to-Studio.

As shown above, Bending Spoons allows the host/co-host to invite multiple attendees to on stage by clicking 'invite to studio' for the respective attendee, based on the subscription plan. Therefore, it is understood when the host/co-host clicks 'invite to studio' for the second attendee, Bending Spoons receives it as a second user input.

| Plan | Max backstage participants | Max on-screen participants |
|------|----------------------------|----------------------------|
| Free | 6 | 6 |
| Basic | 10 | 10 |
| Pro | 12 | 10 |
| Premium | 15 | 10 |
| Growth | 15 | 10 |
| Business | 15 | 10 |

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

When someone joins your StreamYard studio using the invite link as a guest, they first enter the "backstage" area. Here, they can see and hear everything happening on-stage, but will not be visible or audible on stream or to any other studio participants.



Once you mouse over a guest's backstage thumbnail, and click **Add to stage**, they will then appear "on-screen" and be visible/audible to all studio participants and viewers of your stream.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

Additionally, as shown in the above images, Bending Spoons allows the host/co-

host to move more than one backstage guest to on stage by clicking 'Add to Stage' for the respective backstage guests, based on the subscription plan. Therefore, it is understood when the host click 'Add to stage' for second backstage guest (*e.g.,* Guest 2, or Guest 1), Bending Spoons receives it as a second user input.

80.    The Bending Spoons System employs and provides a method of upgrading to an active mode of communication between the user and a second other user of the plurality of other users based on the second user input:

## How To Invite to the Studio



1. You can invite attendees by clicking on their comments. First find the attendee you would like to invite to join the studio.



2. Hover your mouse over their comment and click the three dots, then click **Invite to studio**.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-Invite-On-Air-Attendees-to-Studio.

3. Once you click **Invite to studio**, the attendee will receive an invite notification on their screen. They can click **Join the stream** to enter the studio.



4. After clicking **Join the stream** they will need to grant access to their camera and microphone before clicking **Enter studio**.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-Invite-On-Air-Attendees-to-Studio.

As shown in the above images, Bending Spoons upgrades the communication mode to an active mode between the webinar host/co-host (*i.e.,* the users) and the second user from the attendee list, when the webinar host/co-host invites the second attendee to the studio (*i.e.,* based on the second user input).

Once you mouse over a guest's backstage thumbnail, and click **Add to stage**, they will then appear "on-screen" and be visible/audible to all studio participants and viewers of your stream.



The amount of people you can have "backstage" and "on-screen" varies per plan. If you have extra people backstage that cannot fit on-screen, you are able to swap these people in and out of your show by removing someone from the stage, and adding the backstage participant in their place. The total amount of participants you can have in the studio (including the host) is the same as the max backstage participants.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

Additionally, as shown above, Bending Spoons upgrades the communication mode to an active mode between the webinar host/co-host (*i.e.,* the users) and the backstage guest 'Guest 2', or 'Guest 1' (i.e., the second user)

      81.    The Bending Spoons System employs and provides a method of receiving a video communication from the user:



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.

Once you mouse over a guest's backstage thumbnail, and click **Add to stage**, they will then appear "on-screen" and be visible/audible to all studio participants and viewers of your stream.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

As shown in the above image, when the webinar host/co-host (i.e., the user) turns on the video in the meeting room, Bending Spoons receives video communication.

82.    On information and belief, The Bending Spoons System employs and provides a method of transmitting the video communication to the first other user and the second other user:

5. Once they enter the studio, you should see their thumbnail appear below the main screen!



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.

Once you mouse over a guest's backstage thumbnail, and click **Add to stage**, they will then appear "on-screen" and be visible/audible to all studio participants and viewers of your stream.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

As shown in the above image, Bending Spoons transmits video communication to the first other user and the second other user.

83.     On information and belief, Bending Spoons directly infringes at least claim 32 of the '702 patent and is in violation of 35 U.S.C. § 271(a) by making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Bending Spoons System.

84.     Bending Spoons' infringement has damaged Shindig and caused it to suffer and continue to suffer irreparable harm and damages.

### Count II – Infringement of United States Patent No. 8,902,272

85.     Shindig repeats, realleges, and incorporates by reference, as if fully set

forth here, the allegations of the preceding paragraphs above.

86.    On information and belief, Bending Spoons (or those acting on its behalf) makes, uses, sells and/or offers to sell the Bending Spoons System in the United States. The Bending Spoons System infringes (literally and/or under the doctrine of equivalents) at least claim 7 of the '272 patent.

87.    On information and belief, the Bending Spoons System employs and provides methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

88.    The Bending Spoons System employs and provides a method facilitating dynamic communications (*e.g.*, Bending Spoons' StreamYard On-Air/Webinar) amongst multiple users:



*See e.g.,* https://bendingspoons.com/.



*See e.g.,* https://bendingspoons.com/products.



*See e.g.,* https://support.bendingspoons.com/.

# Ways to use StreamYard



**Live Stream**

Create branded live streams to connect with your audience. Interview guests and multistream to all platforms at once.

**Host Webinars & All-Hands**

Host a webinar, live stream, or all-hands on StreamYard, or embed it on your website.

**Record Videos & Podcasts**

Record audio and video in studio quality from any device. Perfect for interviewing guests.

*See e.g.,* https://streamyard.com/business.



*See e.g.,* https://streamyard.com/business.



Product ∨    Contact    Pricing    What's New    For Business ∨

# Webinars made easy with StreamYard On-Air

StreamYard On-Air is a live webinar platform. Host a webinar, live stream, or event on StreamYard, or embed it on your website. Optionally collect email addresses through a registration form. No downloads required.

*See e.g.,* https://streamyard.com/streamyard-on-air.

As shown in the above images, Bending Spoons provides dynamic communication (*e.g.,* Bending Spoons' StreamYard On-Air/Webinar) among multiple users.

89.    The Bending Spoons System employs and provides a method of determining a number of live video communications being received, wherein the live video communications being received comprises at least a first live video communication and a second live video communication:



*See e.g.,* https://streamyard.com/business.

As shown in the above image, Bending Spoons displays user's video upon turning on the camera within the ongoing meeting. This indicates that Bending Spoons determines a number of live video communications being received.

90.    The Bending Spoons System employs and provides a method of identifying arbitrary spatial locations to assign to the received live communications respectively:



*See e.g.,* https://streamyard.com/business.

## Does StreamYard have Stereo Audio?

10 days ago · Updated

Yes! If you are using a stereo audio input or microphone, you can enable stereo audio. Stereo audio is a feature that musicians will use to pan the sound and drive different audio signals through the left and right speakers.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-

StreamYard-have-Stereo-Audio.

**How to Enable Stereo Audio**

1. In the studio, click **Settings**.

2. Select **Audio.**

3. To enable stereo audio, uncheck the box next to **Echo cancellation** and check the box next to **Stereo audio**. *It is not possible to have both enabled at the same time. Having Echo cancellation on can add audio processing which reduces the audio quality in a stream. Stereo audio is high audio quality feature so Echo Cancellation needs to be off to enable Stereo audio.*



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-StreamYard-have-Stereo-Audio.

As shown in the above images, Bending Spoons provides Sterio Audio features. This indicates that Bending Spoons provides a method of identifying arbitrary spatial locations to assign to the received live communications respectively.

91.    The Bending Spoons System employs and provides a method of creating a combined audio signal which indicates to a user at a receiving device that

the received live video communications are occurring at the respective arbitrarily
assigned spatial locations within the display of the receiving device:



*See e.g.,* https://streamyard.com/business.

## Does StreamYard have Stereo Audio?

10 days ago · Updated

Yes! If you are using a stereo audio input or microphone, you can enable stereo audio. Stereo audio is a
feature that musicians will use to pan the sound and drive different audio signals through the left and right
speakers.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-
StreamYard-have-Stereo-Audio.

**How to Enable Stereo Audio**

1. In the studio, click **Settings**.

2. Select **Audio.**

3. To enable stereo audio, uncheck the box next to **Echo cancellation** and check the box next to **Stereo audio**. *It is not possible to have both enabled at the same time. Having Echo cancellation on can add audio processing which reduces the audio quality in a stream. Stereo audio is high audio quality feature so Echo Cancellation needs to be off to enable Stereo audio.*



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-StreamYard-have-Stereo-Audio.

As shown in the above images, Bending Spoons uses Stereo Audio feature for combining audio signals of the received live video communications. This indicates Bending Spoons creates a combined audio signal which indicates to a user at a receiving device that the received live video communications are occurring at the respective arbitrarily assigned spatial locations within the display of the receiving

48

device.

92.     The Bending Spoons System employs and provides a method of

generating a composite video communication based at least on the first received

live video communication and the second received live video communication:

## Does StreamYard have Stereo Audio?

10 days ago · Updated

Yes! If you are using a stereo audio input or microphone, you can enable stereo audio. Stereo audio is a
feature that musicians will use to pan the sound and drive different audio signals through the left and right
speakers.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-

StreamYard-have-Stereo-Audio.

**How to Enable Stereo Audio**

1. In the studio, click **Settings**.

2. Select **Audio**.

3. To enable stereo audio, uncheck the box next to **Echo cancellation** and check the box next to **Stereo
audio**. *It is not possible to have both enabled at the same time. Having Echo cancellation on can add
audio processing which reduces the audio quality in a stream. Stereo audio is high audio quality feature so
Echo Cancellation needs to be off to enable Stereo audio.*



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-

StreamYard-have-Stereo-Audio.



*See e.g.,* https://streamyard.com/business.

As shown in the above images, Bending Spoons generates composite video communication based at least on the first received live video communication and the second received live video communication.

93.      On information and belief, Bending Spoons directly infringes at least claim 7 of the '272 patent and is in violation of 35 U.S.C. § 271(a) by making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Bending Spoons System.

94.      Bending Spoons's infringement has damaged Shindig and caused it to suffer and continue to suffer irreparable harm and damages.

## Count III – Infringement of United States Patent No. 9,041,768

95.    Shindig repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

96.    On information and belief, Bending Spoons (or those acting on its behalf) makes, uses, sells and/or offers to sell the Bending Spoons System in the United States. The Bending Spoons System infringes (literally and/or under the doctrine of equivalents) at least claim 16 of the '768 patent.

97.    On information and belief, the Bending Spoons System employs and provides methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

98.    The Bending Spoons System employs and provides a method for assisting a user in associating video signals with corresponding audio signals using a communications system:



*See e.g.,* https://bendingspoons.com/.



*See e.g.,* https://bendingspoons.com/products.



*See e.g.,* https://support.bendingspoons.com/.

# Ways to use StreamYard

**Live Stream**

Create branded live streams to connect with your audience. Interview guests and multistream to all platforms at once.

**Host Webinars & All-Hands**

Host a webinar, live stream, or all-hands on StreamYard, or embed it on your website.

**Record Videos & Podcasts**

Record audio and video in studio quality from any device. Perfect for interviewing guests.

*See e.g.,* https://streamyard.com/business.



*See e.g.,* https://streamyard.com/business.



Product ⌄    Contact    Pricing    What's New    For Business ⌄

# Webinars made easy with StreamYard On-Air

StreamYard On-Air is a live webinar platform. Host a webinar, live stream, or event on StreamYard, or embed it on your website. Optionally collect email addresses through a registration form. No downloads required.

*See e.g.,* https://streamyard.com/streamyard-on-air.

## Does StreamYard have Stereo Audio?

10 days ago · Updated

Yes! If you are using a stereo audio input or microphone, you can enable stereo audio. Stereo audio is a feature that musicians will use to pan the sound and drive different audio signals through the left and right speakers.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-

StreamYard-have-Stereo-Audio.

**How to Enable Stereo Audio**

1. In the studio, click **Settings**.

2. Select **Audio.**

3. To enable stereo audio, uncheck the box next to **Echo cancellation** and check the box next to **Stereo audio**. *It is not possible to have both enabled at the same time. Having Echo cancellation on can add audio processing which reduces the audio quality in a stream. Stereo audio is high audio quality feature so Echo Cancellation needs to be off to enable Stereo audio.*



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-StreamYard-have-Stereo-Audio.

As shown in the above images, Bending Spoons uses Stereo Audio feature that assists a user in associating video signals with corresponding audio signals using a communications system for its StreamYard On-Air/Webinar.

99. The Bending Spoons System employs and provides a method of creating a combined audio signal operable to indicate to the user that a first received communication has occurred at a first spatial location:



*See e.g.,* https://streamyard.com/business.

## Does StreamYard have Stereo Audio?

10 days ago · Updated

Yes! If you are using a stereo audio input or microphone, you can enable stereo audio. Stereo audio is a feature that musicians will use to pan the sound and drive different audio signals through the left and right speakers.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-

StreamYard-have-Stereo-Audio.

**How to Enable Stereo Audio**

1. In the studio, click **Settings**.

2. Select **Audio.**

3. To enable stereo audio, uncheck the box next to **Echo cancellation** and check the box next to **Stereo audio**. *It is not possible to have both enabled at the same time. Having Echo cancellation on can add audio processing which reduces the audio quality in a stream. Stereo audio is high audio quality feature so Echo Cancellation needs to be off to enable Stereo audio.*



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-StreamYard-have-Stereo-Audio.

As shown in the above images, Bending Spoons creates a combined audio operable to indicate to the user that a first received communication has occurred at a first spatial location, by using Stereo Audio feature.

100.    The Bending Spoons System employs and provides a method of creating a combined audio signal operable to indicate to the user that a second

received communication has occurred at a second spatial location:



*See e.g.,* https://streamyard.com/business.

## Does StreamYard have Stereo Audio?

10 days ago · Updated

Yes! If you are using a stereo audio input or microphone, you can enable stereo audio. Stereo audio is a feature that musicians will use to pan the sound and drive different audio signals through the left and right speakers.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-

StreamYard-have-Stereo-Audio.

**How to Enable Stereo Audio**

1. In the studio, click **Settings**.

2. Select **Audio.**

3. To enable stereo audio, uncheck the box next to **Echo cancellation** and check the box next to **Stereo audio**. *It is not possible to have both enabled at the same time. Having Echo cancellation on can add audio processing which reduces the audio quality in a stream. Stereo audio is high audio quality feature so Echo Cancellation needs to be off to enable Stereo audio.*



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-StreamYard-have-Stereo-Audio.

As shown in the above images, Bending Spoons creates a combined audio signal operable to indicate to the user that a second received communication has occurred at a second spatial location by using Stereo Audio feature.

101.    The Bending Spoons System employs and provides a method of generating a composite video communication based at least on the first received

communication, the second received communication, and the combined audio

signal:



*See e.g.,* https://streamyard.com/business.

## Does StreamYard have Stereo Audio?

10 days ago · Updated

Yes! If you are using a stereo audio input or microphone, you can enable stereo audio. Stereo audio is a feature that musicians will use to pan the sound and drive different audio signals through the left and right speakers.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-

StreamYard-have-Stereo-Audio.

**How to Enable Stereo Audio**

1. In the studio, click **Settings**.

2. Select **Audio.**

3. To enable stereo audio, uncheck the box next to **Echo cancellation** and check the box next to **Stereo audio**. *It is not possible to have both enabled at the same time. Having Echo cancellation on can add audio processing which reduces the audio quality in a stream. Stereo audio is high audio quality feature so Echo Cancellation needs to be off to enable Stereo audio.*



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360052235732-Does-StreamYard-have-Stereo-Audio.

As shown in the above images, Bending Spoons generates composite video communication based on first received communication, second received communication and combined audio signal.

102.    On information and belief, Bending Spoons directly infringes at least claim 16 of the '768 patent and is in violation of 35 U.S.C. § 271(a) by making, using,

selling, selling access to, importing, offering for sale, and/or offering to sell access to the Bending Spoons System.

103.    Bending Spoons's infringement has damaged Shindig and caused it to suffer and continue to suffer irreparable harm and damages.

### Count IV – Infringement of United States Patent No. 9,215,412

104.    Shindig repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

105.    On information and belief, Bending Spoons (or those acting on its behalf) makes, uses, sells and/or offers to sell the Bending Spoons System in the United States. The Bending Spoons System infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '412 patent.

106.    On information and belief, the Bending Spoons System employs and provides methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

107.    The Bending Spoons System employs and provides a method facilitating dynamic communications (*e.g.,* Bending Spoons' StreamYard On-Air/Webinar) amongst multiple users:



*See e.g.,* https://bendingspoons.com/.



*See e.g.,* https://bendingspoons.com/products.



*See e.g.,* https://support.bendingspoons.com/.

# Ways to use StreamYard



**Live Stream**

Create branded live streams to connect with your audience. Interview guests and multistream to all platforms at once.

**Host Webinars & All-Hands**

Host a webinar, live stream, or all-hands on StreamYard, or embed it on your website.

**Record Videos & Podcasts**

Record audio and video in studio quality from any device. Perfect for interviewing guests.

*See e.g.,* https://streamyard.com/business.



*See e.g.,* https://streamyard.com/business.

 StreamYard

Product ⌄    Contact    Pricing    What's New    For Business ⌄

# Webinars made easy with StreamYard On-Air

StreamYard On-Air is a live webinar platform. Host a webinar, live stream, or event on StreamYard, or embed it on your website. Optionally collect email addresses through a registration form. No downloads required.

*See e.g.,* https://streamyard.com/streamyard-on-air.



*See e.g.,* https://www.youtube.com/watch?v=7FjziQj0qx8.



*See e.g.,* https://www.youtube.com/watch?v=7FjziQj0qx8.

As shown above, Bending Spoons provides dynamic communication (*e.g.,* Bending Spoons' StreamYard On-Air/Webinar) among multiple users.

108.    The Bending Spoons System employs and provides a method of receiving video communications:



*See e.g.,* https://streamyard.com/business.

In the above image, Bending Spoons receives the live videos (*i.e.,* video communications) of the participants attending the meeting.

109.    On information and belief, the Bending Spoons System employs and provides a method of determining the receiving device's available bandwidth:

On StreamYard the quality of each person's video/audio feed is dependent on their own individual internet connection. This way, if the host of the stream has a poor connection, it will not impact the guests (and vice versa). This also means if a certain participant in the studio is suffering from quality issues, they will need to troubleshoot their own connection on their end.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-stream-my-guest-s-stream-is-blurry-or-laggy.

### Test your Internet

In order to stream with StreamYard we recommend a minimum of 5-10 mb/s upload and download speed. Also- it's important to note that a stable connection is much more important than a quick one while streaming. If your connection is unstable and drops out or becomes slower at times, you may still encounter quality issues in your stream even if you have good speeds.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-stream-my-guest-s-stream-is-blurry-or-laggy.

As shown above, the audio/video quality is affected based on the user's internet speed. This indicates that Bending Spoons checks the connection status of every user's device participating in the live webinar to accommodate bandwidth requirement. Hence, upon information and belief, Bending Spoons determines the available bandwidth of the receiving device.

110.    The Bending Spoons System employs and provides a method of deriving contextual communications, from the received video communication, based at least on the determined available bandwidth.  The derived contextual communication comprises an amount of information from the received video communications that is suitable for determined available bandwidth:

On StreamYard the quality of each person's video/audio feed is dependent on their own individual internet connection. This way, if the host of the stream has a poor connection, it will not impact the guests (and vice versa). This also means if a certain participant in the studio is suffering from quality issues, they will need to troubleshoot their own connection on their end.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-stream-my-guest-s-stream-is-blurry-or-laggy.

**Test your Internet**

In order to stream with StreamYard we recommend a minimum of 5-10 mb/s upload and download speed. Also- it's important to note that a stable connection is much more important than a quick one while streaming. If your connection is unstable and drops out or becomes slower at times, you may still encounter quality issues in your stream even if you have good speeds.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-stream-my-guest-s-stream-is-blurry-or-laggy.

As shown above, the video/audio quality is affected based on the user's internet speed. This indicates that the video upload/download quality (*i.e.,* contextual communication) changes based on the internet speed of the user's device (*i.e.,* the receiving device). Therefore, upon information and belief, Bending Spoons derives the contextual communication based on the bandwidth available at the receiving device. This also indicates that while changing the video quality, Bending Spoons upgrades/degrades the information from the received video communications (*i.e.,* derived contextual communication comprises an amount of information from the received video communications) based on the available bandwidth of the receiving device.

111.    The Bending Spoons System employs and provides a method of transmitting the contextual communications to the receiving device:

On StreamYard the quality of each person's video/audio feed is dependent on their own individual internet connection. This way, if the host of the stream has a poor connection, it will not impact the guests (and vice versa). This also means if a certain participant in the studio is suffering from quality issues, they will need to troubleshoot their own connection on their end.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-stream-my-guest-s-stream-is-blurry-or-laggy.

## Test your Internet

In order to stream with StreamYard we recommend a minimum of 5-10 mb/s upload and download speed. Also- it's important to note that a stable connection is much more important than a quick one while streaming. If your connection is unstable and drops out or becomes slower at times, you may still encounter quality issues in your stream even if you have good speeds.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-

stream-my-guest-s-stream-is-blurry-or-laggy.



*See e.g.,* https://streamyard.com/business.

As shown in the above images, the video upload/download quality (*i.e.,* contextual communication) changes based on the internet speed of the user's device (*i.e.,* the receiving device). Hence, upon information and belief, Bending Spoons transmits (*e.g.,* upload) video communication to the user by adjusting its quality (*i.e.,* contextual communication) that is suitable for the user's internet connection (*i.e.,*

the bandwidth available at the receiving device).

112.    On information and belief, Bending Spoons directly infringes at least claim 1 of the '412 patent and is in violation of 35 U.S.C. § 271(a) by making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Bending Spoons System.

113.    Bending Spoons infringement has damaged Shindig and caused it to suffer and continue to suffer irreparable harm and damages.

### Count V – Infringement of United States Patent No. 9,661,270

114.    Shindig repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

115.    On information and belief, Bending Spoons (or those acting on its behalf) makes, uses, sells and/or offers to sell the Bending Spoons System in the United States. The Bending Spoons System infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '270 patent.

116.    On information and belief, the Bending Spoons System employs and provides methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

117.    The Bending Spoons System employs and provides a method facilitating dynamic communications (*e.g.*, Bending Spoons' StreamYard On-Air/Webinar) amongst multiple users:

118.



*See e.g.,* https://bendingspoons.com/.



*See e.g.,* https://bendingspoons.com/products.



*See e.g.,* https://support.bendingspoons.com/.

# Ways to use StreamYard



**Live Stream**

Create branded live streams to connect with your audience. Interview guests and multistream to all platforms at once.



**Host Webinars & All-Hands**

Host a webinar, live stream, or all-hands on StreamYard, or embed it on your website.



**Record Videos & Podcasts**

Record audio and video in studio quality from any device. Perfect for interviewing guests.

*See e.g.,* https://streamyard.com/business.



*See e.g.,* https://streamyard.com/business.



Product ˅      Contact      Pricing      What's New      For Business ˅

# Webinars made easy with StreamYard On-Air

StreamYard On-Air is a live webinar platform. Host a webinar, live stream, or event on StreamYard, or embed it on your website. Optionally collect email addresses through a registration form. No downloads required.

*See e.g.,* https://streamyard.com/streamyard-on-air.

As shown above, Bending Spoons provides (*e.g.,* Bending Spoons' StreamYard On-Air/Webinar) dynamic communication among multiple users.

119.    On information and belief, the Bending Spoons System employs and provides a method of determining an available bandwidth of at least one of a transmitting device and a receiving device:

On StreamYard the quality of each person's video/audio feed is dependent on their own individual internet connection. This way, if the host of the stream has a poor connection, it will not impact the guests (and vice versa). This also means if a certain participant in the studio is suffering from quality issues, they will need to troubleshoot their own connection on their end.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-stream-my-guest-s-stream-is-blurry-or-laggy.

## Test your Internet

In order to stream with StreamYard we recommend a minimum of 5-10 mb/s upload and download speed. Also- it's important to note that a stable connection is much more important than a quick one while streaming. If your connection is unstable and drops out or becomes slower at times, you may still encounter quality issues in your stream even if you have good speeds.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-stream-my-guest-s-stream-is-blurry-or-laggy.

As shown above, the audio/video quality is affected based on the user's internet speed. This indicates that Bending Spoons checks the connection status of every user's device participating in the live webinar to accommodate bandwidth requirement. Hence, upon information and belief, Bending Spoons determines the available bandwidth of at least one of a transmitting device and a receiving device.

120.     On information and belief, the Bending Spoons System employs and provides a method wherein the available bandwidth comprises one of a minimal available bandwidth corresponding to an amount of unused bandwidth that is insufficient for live robust video communications and substantial available bandwidth corresponding to enough unused bandwidth for live robust video communications:

On StreamYard the quality of each person's video/audio feed is dependent on their own individual internet connection. This way, if the host of the stream has a poor connection, it will not impact the guests (and vice versa). This also means if a certain participant in the studio is suffering from quality issues, they will need to troubleshoot their own connection on their end.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-stream-my-guest-s-stream-is-blurry-or-laggy.

## Test your Internet

In order to stream with StreamYard we recommend a minimum of 5-10 mb/s upload and download speed. Also- it's important to note that a stable connection is much more important than a quick one while streaming. If your connection is unstable and drops out or becomes slower at times, you may still encounter quality issues in your stream even if you have good speeds.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-stream-my-guest-s-stream-is-blurry-or-laggy.

Upon information and belief, the above image indicates that the available bandwidth determined by Bending Spoons comprises one of a minimal available bandwidth and substantial available bandwidth.

121.    On information and belief, the Bending Spoons System employs and provides a method of analyzing a size of video communications between the transmitting device and the receiving device:

The amount of people you can have "backstage" and "on-screen" varies per plan. If you have extra people backstage that cannot fit on-screen, you are able to swap these people in and out of your show by removing someone from the stage, and adding the backstage participant in their place. The total amount of participants you can have in the studio (including the host) is the same as the max backstage participants.

| Plan | Max backstage participants | Max on-screen participants |
|---|---|---|
| Free | 6 | 6 |
| Basic | 10 | 10 |
| Pro | 12 | 10 |
| Premium | 15 | 10 |
| Growth | 15 | 10 |
| Business | 15 | 10 |

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

The above image shows that Bending Spoons limits the on-screen participants during the live webinar. This indicates that Bending Spoons analyzes the size of the video communications between the transmitting device and the receiving device.

122.    On information and belief, Bending Spoons System employs and provides a method of adjusting the video communications based on the available bandwidth and the size of the video communications that are analyzed:

On StreamYard the quality of each person's video/audio feed is dependent on their own individual internet connection. This way, if the host of the stream has a poor connection, it will not impact the guests (and vice versa). This also means if a certain participant in the studio is suffering from quality issues, they will need to troubleshoot their own connection on their end.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-

stream-my-guest-s-stream-is-blurry-or-laggy.

## Test your Internet

In order to stream with StreamYard we recommend a minimum of 5-10 mb/s upload and download speed. Also- it's important to note that a stable connection is much more important than a quick one while streaming. If your connection is unstable and drops out or becomes slower at times, you may still encounter quality issues in your stream even if you have good speeds.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043733131-My-

stream-my-guest-s-stream-is-blurry-or-laggy.

As shown in the above image, Bending Spoons adjusts the video communications

based on the available bandwidth that is analyzed.

The amount of people you can have "backstage" and "on-screen" varies per plan. If you have extra people backstage that cannot fit on-screen, you are able to swap these people in and out of your show by removing someone from the stage, and adding the backstage participant in their place. The total amount of participants you can have in the studio (including the host) is the same as the max backstage participants.

| Plan | Max backstage participants | Max on-screen participants |
|---|---|---|
| Free | 6 | 6 |
| Basic | 10 | 10 |
| Pro | 12 | 10 |
| Premium | 15 | 10 |
| Growth | 15 | 10 |
| Business | 15 | 10 |

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-

many-people-can-I-have-on-StreamYard.

Additionally, upon information and belief, the above image indicates that Bending

Spoons adjusts the video communications based on the size of the video communications that are analyzed.

123.    On information and belief, Bending Spoons directly infringes at least claim 1 of the '270 patent and is in violation of 35 U.S.C. § 271(a) by making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Bending Spoons System.

124.    Bending Spoons' infringement has damaged Shindig and caused it to suffer and continue to suffer irreparable harm and damages.

**Count VI – Infringement of United States Patent No. 9,711,181**

125.    Shindig repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

126.    On information and belief, Bending Spoons (or those acting on its behalf) makes, uses, sells and/or offers to sell the Bending Spoons System in the United States. The Bending Spoons System infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '181 patent.

127.    On information and belief, the Bending Spoons System employs and provides methods, systems, and devices for customizing a recorded online event including creating, editing and publishing recorded videos, or any combination thereof.

128.    The Bending Spoons System employs and provides a method customizing a recorded online event (*e.g.,* Bending Spoons' StreamYard On-Air/Webinar):



*See e.g.,* https://bendingspoons.com/.



*See e.g.,* https://bendingspoons.com/products.



*See e.g.,* https://support.bendingspoons.com/.

# Ways to use StreamYard



**Live Stream**

Create branded live streams to connect with your audience. Interview guests and multistream to all platforms at once.

**Host Webinars & All-Hands**

Host a webinar, live stream, or all-hands on StreamYard, or embed it on your website.

**Record Videos & Podcasts**

Record audio and video in studio quality from any device. Perfect for interviewing guests.

*See e.g.,* https://streamyard.com/business.



*See e.g.,* https://streamyard.com/business.



We're so excited to announce the addition of Recording Controls! Recording controls allow any host to pause/resume, restart, and cancel a recording within a recording studio. This offers greater flexibility and control during your recording sessions and minimizes time spent in post-production!

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/17724615968788-

Recording-Controls.



*See e.g.,* https://www.youtube.com/watch?v=cjmF11DxD2A.



Imagine this: you're in the midst of an electrifying stream, your viewers are loving it and the energy is palpable. Your co-host drops a knowledge bomb and you think **"I gotta come back to this moment!"** This is when the **Custom Markers** feature comes in handy! Now you can flag those exciting, pivotal moments in your streams and recordings, making it a breeze to revisit, edit, and share those gems with your audience.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/20404210660884-

Custom-Markers.

### How To Use Custom Markers

1. Create a live stream/recording and enter the studio.
2. Once you are ready, begin your stream/recording.
3. When you have a moment that you would like to return to, simply press the "B" key to add a marker! "B" stands for **bookmark.**



4. Once the recording or stream is complete, head over to your video library and select your recording.
5. Click "Edit and Repurpose" and select Videos (16:9 landscape) or Shorts & Reels (9:16 portrait).
6. Your markers will appear above the timeline!

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/20404210660884-

Custom-Markers.

As shown above, Bending Spoons provides 'Custom Marker' feature for customizing the recorded online event (*e.g.,* Bending Spoons live webinar).

129.   The Bending Spoons System employs and provides a method of receiving, at a user device, a selection of at least one edit point.

How To Use Custom Markers

1. Create a live stream/recording and enter the studio.
2. Once you are ready, begin your stream/recording.
3. When you have a moment that you would like to return to, simply press the "B" key to add a marker! "B" stands for **bookmark.**

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/20404210660884-Custom-Markers.

As shown above, Bending Spoons receives a selection (*e.g.,* adding marker by pressing 'B') of at least one edit point.

130.   The Bending Spoons System employs and provides a method of determining, in response to receiving the selection, each occurrence of the at least one edit point within the recorded online event.

### How To Use Custom Markers

1. Create a live stream/recording and enter the studio.
2. Once you are ready, begin your stream/recording.
3. When you have a moment that you would like to return to, simply press the "B" key to add a marker! "B" stands for **bookmark.**



4. Once the recording or stream is complete, head over to your video library and select your recording.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/20404210660884-Custom-Markers.

As shown above, upon information and belief, Bending Spoons determines the occurrence of at least one edit point within the recorded online event in repose to the selection.

131.    The Bending Spoons System employs and provides a method of flagging, in response to determining, each occurrence of the at least one edit point.

How To Use Custom Markers

1. Create a live stream/recording and enter the studio.
2. Once you are ready, begin your stream/recording.
3. When you have a moment that you would like to return to, simply press the "B" key to add a marker! "B" stands for **bookmark.**



4. Once the recording or stream is complete, head over to your video library and select your recording.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/20404210660884-Custom-Markers.

As shown above, a custom marker (*i.e.,* flagging) is created in response to determining the occurrence of at least one edit point.

132.    The Bending Spoons System employs and provides a method of generating a flagged online event comprising the recorded online event and each of the at least one edit point that has been flagged.

How To Use Custom Markers

1. Create a live stream/recording and enter the studio.
2. Once you are ready, begin your stream/recording.
3. When you have a moment that you would like to return to, simply press the "B" key to add a marker! "B" stands for **bookmark.**



4. Once the recording or stream is complete, head over to your video library and select your recording.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/20404210660884-Custom-Markers.

As shown above, the live webinar is recorded along with the custom marker (*i.e.,* generating a flagged online event) such that the saved recorded online event has each of the at least one edit point that has been flagged.

133.    The Bending Spoons System employs and provides a method of presenting the flagged online event, wherein receiving, determining, flagging, and generating allows a user to easily playback flagged portions of the recorded online event on the user device.

4. Once the recording or stream is complete, head over to your video library and select your recording.
5. Click "Edit and Repurpose" and select Videos (16:9 landscape) or Shorts & Reels (9:16 portrait).
6. Your markers will appear above the timeline!



You can jump to each marker by clicking the left and right icons next to the play/pause button in the editor. Clicking on a specific marker will jump the playhead to that marker. If a marker is in a segment that is deleted, you will not be able to jump/click on the marker.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/20404210660884-Custom-Markers.

As shown, Bending Spoons presents the recorded live webinar with the custom marker (*i.e.*, presenting the flagged online event). Further, it is shown that receiving, determining, flagging, and generating allows a user to easily playback flagged (*e.g.*, custom marker) portions of the recorded online event on the user device.

134.    On information and belief, Bending Spoons directly infringes at least claim 1 of the '270 patent and is in violation of 35 U.S.C. § 271(a) by making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access

to the Bending Spoons System.

135.    Bending Spoons's infringement has damaged Shindig and caused it to suffer and continue to suffer irreparable harm and damages.

### Count VII – Infringement of United States Patent No. 9,952,751

136.    Shindig repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

137.    On information and belief, Bending Spoons (or those acting on its behalf) makes, uses, sells, and/or offers to sell the Bending Spoons System in the United States. The Bending Spoons System infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '751 patent.

138.    On information and belief, the Bending Spoons System employs and provides methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

139.    The Bending Spoons System employs and provides a method for combining user communications:



*See e.g.,* https://bendingspoons.com/.



*See e.g.,* https://bendingspoons.com/products.



*See e.g.,* https://support.bendingspoons.com/.



Product ⌄    Contact    Pricing    What's New    For Business ⌄

# Webinars made easy with StreamYard On-Air

StreamYard On-Air is a live webinar platform. Host a webinar, live stream, or event on StreamYard, or embed it on your website. Optionally collect email addresses through a registration form. No downloads required.

*See e.g.,* https://streamyard.com/streamyard-on-air.



*See e.g.,* https://www.youtube.com/watch?v=7FjziQj0qx8.



*See e.g.,* https://www.youtube.com/watch?v=7FjziQj0qx8.

# Ways to use StreamYard



**Live Stream**

Create branded live streams to connect with your audience. Interview guests and multistream to all platforms at once.

**Host Webinars & All-Hands**

Host a webinar, live stream, or all-hands on StreamYard, or embed it on your website.

**Record Videos & Podcasts**

Record audio and video in studio quality from any device. Perfect for interviewing guests.

*See e.g.,* https://streamyard.com/business.



*See e.g.,* https://streamyard.com/business.

As shown above, Bending Spoons combines user communications during the live webinar (*e.g.,* Bending Spoons' StreamYard On-Air/Webinar).

140.    On information and belief, the Bending Spoons System employs and provides a method of maintaining, amongst a plurality of participants accessing a live online event, a first communications link and a second communications link,

wherein the first communications link comprises at least one of textual, audio, or video communications transmitted from a host to each participant of the plurality of participants, and wherein the second communications link comprises maintaining an instant ready-on mode of communication between the plurality of participants with one another:



*See e.g.,* https://streamyard.com/business.

**How can I engage with my attendees?**
Viewers watching the webinar on StreamYard can engage with the chat. The live chat opens 10 minutes before the start time and closes 10 minutes after the broadcast on both the watch and embed page.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/10920795244308-StreamYard-On-Air.

## On-Air webinars

Guests will automatically be able to join the live chat and post comments if you have **Live chat** enabled on your On-Air webinar. To enable Live chat, head to your **On-Air settings** page to check the box to enable **Live chat**.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/16889386679572-Can-Guests-Post-Comments-in-the-Chat.

On the right side of the studio, in the *People* tab, you can see a list of other participants and their status (in the Greenroom or studio).



You can send private chat messages to participants by clicking on their name in the People tab on the right, and typing in the chat box below. Messages can also be sent to the whole studio, or to participants in the Greenroom.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-the-Greenroom.

**Can Greenroom guests talk privately with other guests?**

Only hosts and co-hosts can make private 1:1 calls with Greenroom guests. Greenroom guests can still privately chat with other guests using the private text chat on the right side of the studio.

**What happens when a guest is moved into the studio?**

The guest will see a message 'You are being moved backstage. Get ready!' and in a few seconds, be moved to the backstage of the studio.

**What happens when a guest is moved into the studio and on a private call?**

The private call will end, and the guest will be moved to the studio.

**What happens if I try to call a participant that is already on a private call?**

A red icon is displayed next to anyone that is on a private call, and the call button is disabled.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-the-Greenroom.

As shown in the above images, Bending Spoons System maintains a first communication link that allows a host of the live webinar to communicate with the plurality of participants (*e.g.,* viewers/ participants/guests) through chat, audio, or video. Additionally, it is shown, the viewers/guests/attendees/participants/co-hosts interact with each other via live chats during a live webinar. Further, it is shown that a red icon displays for any participant who is on a private call, or the status (*e.g.,* Greenroom, or Studio) of participant in real-time. This indicates that Bending Spoons maintains a second communication link comprising an instant ready-on mode of communication between the pularity of participants (*e.g.,* co-host/guests/participants).

141.    On information and belief, the Bending Spoons System employs and provides a method for providing, on a user interface, a plurality of indicators wherein each indicator of the plurality of indicators corresponds to a different

participant of the plurality of participants, wherein the plurality of indicators

comprises a first indicator corresponding to a first online participant of the plurality

of participants and a second indicator corresponding to a second online participant

of the plurality of participants:



*See e.g.,* https://streamyard.com/business.

As shown above, Bending Spoons System provides indicators for every user who is

attending the Bending Spoons event on the user's interface.

    142.    On information and belief, the Bending Spoons System employs and

provides a method of detecting an input from the first online participant using the

user interface, the input selecting the second indicator:

**Can Greenroom guests talk privately with other guests?**

Only hosts and co-hosts can make private 1:1 calls with Greenroom guests. Greenroom guests can still privately chat with other guests using the private text chat on the right side of the studio.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-

the-Greenroom.

As shown in the above image, co-host can make private 1:1 calls with the

Greenroom guests.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-

the-Greenroom.



*See e.g.*, https://youtu.be/rjOXPpQP23k.



*See e.g.*, https://youtu.be/rjOXPpQP23k.

Further, the above image shows that Bending Spoons System detects input from the first

online participant (*e.g.*, co-host) using the user interface. Also, the evidence shows that

the input is for selecting the second indicator associated with the second online

participant (*e.g.,* Greenroom guest).

143.    On information and belief, the Bending Spoons System employs and

provides a method of presenting, in response to the input, a merged display on the

user interface, the merged display comprising the first indicator and the second

indicator:





*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-

the-Greenroom.

**Can Greenroom guests talk privately with other guests?**

Only hosts and co-hosts can make private 1:1 calls with Greenroom guests. Greenroom guests can still privately chat with other guests using the private text chat on the right side of the studio.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-

the-Greenroom.



*See e.g.,* https://youtu.be/rjOXPpQP23k.



*See e.g.,* https://youtu.be/rjOXPpQP23k.

As shown above, Bending Spoons System presents the merged display on the user interface containing both the first and the second online participants (*e.g.,* co-host and Greenroom guest).

144.    On information and belief, the Bending Spoons System employs and provides a method of creating, in response to the input, a third communications link directly between the first online participant and the second online participant while maintaining the first communications link and the second communications link, wherein the third communications link comprises at least one of an intermediate mode of communication and an active mode of communication:

**Can Greenroom guests talk privately with other guests?**

Only hosts and co-hosts can make private 1:1 calls with Greenroom guests. Greenroom guests can still privately chat with other guests using the private text chat on the right side of the studio.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-

the-Greenroom.



*See e.g.,* https://youtu.be/rjOXPpQP23k.



*See e.g.,* https://youtu.be/rjOXPpQP23k.

When first joining the broadcast studio, you'll be placed in the Greenroom. Your camera feed is shown in the middle of the screen, and you can adjust settings or prepare screen/video/slide shares using the buttons at the bottom of the screen.



On the right side of the studio, in the *People* tab, you can see a list of other participants and their status (in the Greenroom or studio).

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-

the-Greenroom.

On the right side of the studio, in the *People* tab, you can see a list of other participants and their status (in the Greenroom or studio).



You can send private chat messages to participants by clicking on their name in the People tab on the right, and typing in the chat box below. Messages can also be sent to the whole studio, or to participants in the Greenroom.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-the-Greenroom.

As shown above, Bending Spoons System creates a third communications link directly between both users (*e.g.,* co-host and Greenroom guest) using 1:1 calls while maintaining the other two communication links. Also, upon information and belief, the third communication link comprises at least one of an intermediate mode of communication and an active mode of communication.

145.    On information and belief, the Bending Spoons System employs and provides a method of transmitting, using the third communications link, additional communications directed to at least one of the first online participant and the second online participant at least one of a higher priority level and a lower priority

level than communications transmitted using the second communications link.

**Can Greenroom guests talk privately with other guests?**

Only hosts and co-hosts can make private 1:1 calls with Greenroom guests. Greenroom guests can still privately chat with other guests using the private text chat on the right side of the studio.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-

the-Greenroom.



*See e.g.,* https://youtu.be/rjOXPpQP23k.



*See e.g.,* https://youtu.be/rjOXPpQP23k.

Upon information and belief, the above image shows that Bending Spoons System transmits additional communication (*e.g.,* video call) between both users via the third communications link. Also, upon information and belief, it is observed that the additional communication is at least one of a higher priority level and a lower priority than communications transmitted using the second communications link.

146.    On information and belief, the Bending Spoons System employs and provides a method wherein the higher priority level comprises the third communications link including video communications while the second communications link includes at least one of audio and textual communications. Also, Bending Spoons System employs and provides a method wherein the lower priority link comprises the second communications link including video communications while the third communications link includes at least one of audio

and textual communications.

**Can Greenroom guests talk privately with other guests?**

Only hosts and co-hosts can make private 1:1 calls with Greenroom guests. Greenroom guests can still privately chat with other guests using the private text chat on the right side of the studio.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/6342816437268-Using-the-Greenroom.



*See e.g.,* https://youtu.be/rjOXPpQP23k.

As shown, Bending Spoons facilitates the co-host and Greenroom guest with a private video communication option (*i.e.,* the higher priority level comprises the third communications link).

147.    On information and belief, the Bending Spoons directly infringes at least claim 1 of the '751 patent and is in violation of 35 U.S.C. § 271(a) by making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Bending Spoons System.

148.    Bending Spoons's infringement has damaged Shindig and caused it to suffer and continue to suffer irreparable harm and damages.

### Count VIII – Infringement of United States Patent No. 11,003,335

149.    Shindig repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

150.    On information and belief, Bending Spoons (or those acting on its behalf) makes, uses, sells and/or offers to sell the Bending Spoons System in the United States and thereby infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '335 patent.

151.    On information and belief, Bending Spoons System employs and provides methods, systems, and devices for managing communications including audio, text, video, any other suitable communication, or any combination thereof between groups of people.

152.    The Bending Spoons System employs and provides a method for combining user communications for a plurality of online participants of a real-time online event (*e.g.,* Bending Spoons' StreamYard On-Air/Webinar), comprising:



*See e.g.,* https://bendingspoons.com/.



*See e.g.,* https://bendingspoons.com/products.



*See e.g.,* https://support.bendingspoons.com/.

 StreamYard

Product ˅    Contact    Pricing    What's New    For Business ˅

# Webinars made easy with StreamYard On-Air

StreamYard On-Air is a live webinar platform. Host a webinar, live stream, or event on StreamYard, or embed it on your website. Optionally collect email addresses through a registration form. No downloads required.

*See e.g.,* https://streamyard.com/streamyard-on-air.



*See e.g.,* https://www.youtube.com/watch?v=7FjziQj0qx8.



*See e.g.,* https://www.youtube.com/watch?v=7FjziQj0qx8.

# Ways to use StreamYard



**Live Stream**

Create branded live streams to connect with your audience. Interview guests and multistream to all platforms at once.

**Host Webinars & All-Hands**

Host a webinar, live stream, or all-hands on StreamYard, or embed it on your website.

**Record Videos & Podcasts**

Record audio and video in studio quality from any device. Perfect for interviewing guests.

*See e.g.,* https://streamyard.com/business.



*See e.g.,* https://streamyard.com/business.

As shown above, Bending Spoons combines communications for a plurality of online participants of a live webinar (*e.g.,* Bending Spoons' StreamYard On-Air/Webinar).

153.    The Bending Spoons System employs and provides a method of providing, on a user interface, a real-time online event window comprising real-

time communications from a first online participant accessing the online event, a

second online participant accessing the online event, and a third online participant

accessing the online event:



*See e.g.,* https://streamyard.com/business.

Once you mouse over a guest's backstage thumbnail, and click **Add to stage**, they will then appear "on-screen" and be visible/audible to all studio participants and viewers of your stream.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

As shown above, Bending Spoons provides an interface for a live webinar comprising multiple hosts, co-hosts, attendees/guests/viewers.

154.    The Bending Spoons System employs and provides a method of detecting an input from the first online participant using the user interface, the input corresponding to a selection of a second indicator representing the second online participant:



You can now invite your webinar viewers to join the studio with you! Whether it's encouraging discussion or entering an engaging Q&A section, bring your attendees on stage to interact with them like never before.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.

## How To Invite to the Studio

1. You can invite attendees by clicking on their comments. First find the attendee you would like to invite to join the studio.



2. Hover your mouse over their comment and click the three dots, then click **Invite to studio**.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.

As shown in the above images, the host/co-host (*i.e.,* first online participant) can invite an attendee/a guest 'John Smith' (*i.e.,* second online participant) to onstage during the live webinar. Therefore, when the host/co-host clicks 'invite to studio' for the attendee 'John Smith', Bending Spoons detects an input from the first online participant using the user interface.

When someone joins your StreamYard studio using the invite link as a guest, they first enter the "backstage" area. Here, they can see and hear everything happening on-stage, but will not be visible or audible on stream or to any other studio participants.



Once you mouse over a guest's backstage thumbnail, and click **Add to stage**, they will then appear "on-screen" and be visible/audible to all studio participants and viewers of your stream.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

Additionally, as shown above, the host/co-host (*i.e.,* first online participant) can also bring backstage guests (*i.e.,* second online participant) to onstage by clicking 'Add to Stage'. Therefore, when the host/co-host clicks 'Add to Stage' for the backstage guest 'Guest 3', Bending Spoons detects an input from the first online participant using the user interface.

155.    The Bending Spoons System employs and provides a method of presenting, in response to the input, a merged display on the user interface such that the merged display is seen by any of the plurality of online participants,

wherein the merged display displays a first indicator representing the first online participant located proximate the second indicator representing the second online participant, and comprises a first real-time audiovisual stream from the first online participant and a second real-time audiovisual stream from the second online participant:

## How To Invite to the Studio

1. You can invite attendees by clicking on their comments. First find the attendee you would like to invite to join the studio.



2. Hover your mouse over their comment and click the three dots, then click **Invite to studio**.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-Invite-On-Air-Attendees-to-Studio.

3. Once you click **Invite to studio**, the attendee will receive an invite notification on their screen. They can click **Join the stream** to enter the studio.



4. After clicking **Join the stream** they will need to grant access to their camera and microphone before clicking **Enter studio**.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-Invite-On-Air-Attendees-to-Studio.

As shown above, Bending Spoons presents a merged display on the user interface that includes the host/co-host 'Dr. Debb' and the attendee 'John Smith' such that the merged display is seen by all the other attendees present in the live webinar.

Also, the host/co-host and the attendee 'John Smith' are having live audio-visual communication with each other on stage.

116



The amount of people you can have "backstage" and "on-screen" varies per plan. If you have extra people backstage that cannot fit on-screen, you are able to swap these people in and out of your show by removing someone from the stage, and adding the backstage participant in their place. The total amount of participants you can have in the studio (including the host) is the same as the max backstage participants.

*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

Additionally, as shown above, Bending Spoons presents a merged display on the user interface that includes the host/co-host and the backstage guest 'Guest 3' such that the merged display is seen by all the attendees present in the live webinar.

Also, the host/co-host and backstage guest 'Guest 3' are having live audio-visual communication with each other on stage.

156. The Bending Spoons System employs and provides a method of creating, in response to the input, a separate communications link between the first online participant and the second participant such that the first online participant and the second online participant at least one of: transmit prioritized

communications to one another and receive prioritized communications from one

another.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/23997813907220-

Invite-On-Air-Attendees-to-Studio.

Once you mouse over a guest's backstage thumbnail, and click **Add to stage**, they will then appear "on-screen" and be visible/audible to all studio participants and viewers of your stream.



*See e.g.,* https://support.streamyard.com/hc/en-us/articles/360043298652-How-many-people-can-I-have-on-StreamYard.

Upon information and belief, in the above image, Bending Spoons appears to use a separate communication link between the first online participants (e.g., host/co-host) and the second online participant (e.g., attendee 'John Smith', or backstage guest 'Guest 3') for providing video communications (i.e., the first online participant and the second online participant transmit and receive prioritized communications from one another.).

157.    On information and belief, Bending Spoons directly infringes at least claim 1 of the '335 patent and is in violation of 35 U.S.C. § 271(a) by making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Bending Spoons System.

158.    Bending Spoons's infringement has damaged Shindig and caused it to suffer and continue to suffer irreparable harm and damages.

**JURY DEMANDED**

159.    Pursuant to Federal Rule of Civil Procedure 38(b), Shindig hereby requests a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

Shindig respectfully requests this Court to enter judgment in Shindig's favor and against Bending Spoons as follows:

a.  finding that Bending Spoons has infringed one or more claims of the '702 patent under 35 U.S.C. §§ 271(a);

b.  finding that Bending Spoons has infringed one or more claims of the '272 patent under 35 U.S.C. §§ 271(a);

c.  finding that Bending Spoons has infringed one or more claims of the '768 patent under 35 U.S.C. §§ 271(a);

d.  finding that Bending Spoons has infringed one or more claims of the '412 patent under 35 U.S.C. §§ 271(a);

e.  finding that Bending Spoons has infringed one or more claims of the '270 patent under 35 U.S.C. §§ 271(a);

f.  finding that Bending Spoons has infringed one or more claims of the '181 patent under 35 U.S.C. §§ 271(a);

g. finding that Bending Spoons has infringed one or more claims of the '751 patent under 35 U.S.C. §§ 271(a);

h. finding that Bending Spoons has infringed one or more claims of the '335 patent under 35 U.S.C. §§ 271(a);

i. awarding Shindig damages under 35 U.S.C. § 284, or otherwise permitted by law, including supplemental damages for any continued post-verdict infringement;

j. awarding Shindig pre-judgment and post-judgment interest on the damages award and costs;

k. awarding cost of this action (including all disbursements) and attorney fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and

l. awarding such other costs and further relief that the Court determines to be just and equitable.

Dated: February 20, 2025            Respectfully submitted,


                                    */s/ Raymond W. Mort, III*
                                    Raymond W. Mort, III
                                    Texas State Bar No. 00791308
                                    **THE MORT LAW FIRM, PLLC**
                                    111 Congress Ave, Suite 500
                                    Austin, Texas 78701
                                    Tel/Fax: 512-865-7950
                                    raymort@austinlaw.com

                                    *Of Counsel:*

                                    Ronald M. Daignault (*pro hac vice* to be filed)*
                                    Chandran B. Iyer (*pro hac vice* to be filed)
                                    rdaignault@daignaultiyer.com
                                    cbiyer@daignualtiyer.com
                                    DAIGNAULT IYER LLP
                                    8229 Boone Blvd, Suite 450
                                    Vienna, VA 22182

                                    *Not admitted to practice in Virginia

                                    *Attorneys for Shindig, Inc.*